IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JERRY ALLAN SCHMIDT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:21-CV-00188-BU |
| TAYLOR COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The present case is a 28 U.S.C. § 1983 action in which Plaintiff Jerry Allan Schmidt is suing various defendants on behalf of his late son. Dkt. Nos. 2, 76, 80. On January 13, 2025, the Court appointed Mr. Christopher Elias Solis to represent Schmidt in this action. Dkt. No. 103. The Court noted that Solis may petition the Court for fees and reimbursement of certain expenses in accordance with the Court's Pro Bono Plan for Reimbursement. *Id*.

Since doing so, Schmidt has submitted two handwritten pro se filings with the Court. Dkt. Nos. 104, 105. The first of these filings is a Notice in which Schmidt indicates Mr. Solis, appointed pro bono, is charging him $3,000 for legal services. Dkt. No. 104. Most recently, Schmidt has filed a Motion for Jury Trial in which he requests a court date and states he is "going to represent myself." Dkt. No. 105 at 1. Neither Schmidt nor Solis have notified the Court that either of them have terminated the Court's appointed legal representation. Because Schmidt cannot have hybrid representation, the Court orders Solis, to confer with Schmidt and, within 20 days, file a notice with the Court indicating (1)

whether he is still representing Schmidt and (2) whether he wishes to pursue the "Motion for Jury Trial" filed by his client.

    ORDERED this 19th day of February 2025.

 

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE